IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-20193
Summary Calendar
_____

IN THE MATTER:  MARIO TURTUR, JR

          Debtor

MARIO TURTUR, JR

          Appellee

     v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

          Appellant

--------------------
Appeal from the United States District Court
for the Southern District of Texas, Houston
USDC No. H-99-CV-2608
--------------------
August 30, 2000

Before KING, Chief Judge, and JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

     The order of the bankruptcy court entered July 19, 1999 denying the motion of National Union Fire Insurance Company to quash a Rule 2004 examination and subpoena, which National Union sought to appeal to the district court, was clearly an interlocutory order.  The avenues for appeal of an interlocutory order of a bankruptcy court were either not available or not availed of.  The district court correctly dismissed the appeal. The order of the district court is AFFIRMED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.